FELONY

# United States District Court

__Southern__ District of __Texas__

United States Courts
Southern District of Texas
FILED
*May 21, 2024*
Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA

V

Mauricio Uriel MANZANO-Alcala

Mexico
A213 166 362   (EWA)

**CRIMINAL COMPLAINT**

CASE NUMBER B-24 __300__ MJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __May 21, 2024__, the defendant, an alien who had previously been denied admission, excluded or removed knowingly and unlawfully was present in the United States having been found in __Cameron__ County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of **Title 8 United States Code, Section(s)** __1326(a)(1) and 1326(b)(1)__

I further state that I am a Deportation Officer and that this complaint is based on the following facts: The defendant was encountered and arrested by Immigration Officers from the Harlingen Fugitive Operations Unit in Brownsville, Texas on May 21, 2024. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on May 27, 2022. The defendant was convicted of 8 USC 1326, Alien unlawfully found in the United States after Deportation on May 04, 2021. Record checks revealed that the defendant has not applied for permission from the proper authorities to re-enter the United States.

Defendant has $0.00

*Signature of Complainant*

Luis Guerra          Deportation Officer
*Name and Title of Complainant*

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

May 21, 2024                               at          Brownsville, Texas
*Date*                                                  *City and State*

Karen Betancourt    U.S. Magistrate Judge         Karen Betancourt
*Name and Title of Judicial Officer*              *Signature of Judicial Officer*